# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CODY DANTIN

NO. 2021 KW 0488

**JULY 19, 2021**

---

In Re: Cody Dantin, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 574,960.

---

**BEFORE: WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.**

VGW
JEW
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT